UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20719 CR MIDDLEBROOKS

UNITED STATES OF AMERICA,
      Plaintiff,

vs.

NEMESIO POTES MINA,
      Defendant(s).
_____/



## ORDER

**THIS CAUSE** has come before the Court upon the Defendant's Motion Pursuant to Rule 35, filed September 2, 2008. (DE 116). A motion pursuant to Rule 35 can only be filed by the Government. The Court has no authority to order the Government to file a motion on behalf of any individual. The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **DENIED**.

**DONE AND ORDERED** at West Palm Beach, Florida, this _19_ day of September, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       U. S. Pretrial Services
       U. S. Probation Office
       U. S. Marshal Service